JS-6

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**KAZEROUNI**       **CASE NO. SACV 17-322 JVS (AGRx)**

**V.**

**SURVEY SAMPLING INTERNATIONAL, INC.**

Based upon the Notice of Voluntary Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed without prejudice as to the named Plaintiff, and without prejudice as to the Putative Class.

IT IS SO ORDERED.

Dated: April 14, 2017

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE